NEWBY CLARENCE COCKMAN v. CURTIS E. POWERS.

(Filed 30 April, 1958.)

APPEAL by defendant from *Olive, J.,* February, 1958 Term, RANDOLPH Superior Court.

Civil action for alienation of affections and criminal conversation. The complaint and answer raise issues of fact as to which each party introduced evidence. The wire of the plaintiff testified as a witness for the defendant.

The jury answered all issues in favor of the plaintiff and from the judgment on the verdict the defendant appealed.

*Ottoway Burton, Don Davis for plaintiff, appellee.*

*Ferree & Anderson, Seawell & Seawell, By: H. F. Seawell, Jr., for defendant, appellant.*

PER CURIAM: Separate issues as to alienation of affections and as to criminal conversation, as well as actual and punitive damages, were submitted to the jury. The evidence was sufficient to sustain the verdict. The assignments of error in the admission and exclusion of testimony are lacking in merit.

While the charge to some extent fails to draw a distinct line between damages that may be awarded for alienation of affections and damages that may be awarded for criminal conversation, nevertheless the jury answered both issues for the plaintiff; and inasmuch as only one issue of actual damages was submitted, the slight deviation in the charge as to what damages may be awarded under the one or the other is deemed harmless. No reason appears why the result of the trial should be disturbed.

No error.